# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160034(48)(51)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBIN RICK MANNING,
        Defendant-Appellant.
_____/

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC

On order of the Chief Justice, the motion of Henry Lee Hurt-El to file a brief amicus curiae is DENIED without prejudice to renewing the motion at the time a proposed amicus brief is submitted. On further order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief to March 16, 2020, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2020



Clerk